TIONNA DOLIN (SBN 299010)
tdolin@slpattorney.com
Ariel S. Harman-Holmes (SBN 315234)
Aharman-Holmes@slpattorney.com
STRATEGIC LEGAL PRACTICES, APC
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel.: (310) 929-4900
Fax: (310) 943-3838

Attorneys for Plaintiff
CHAD WHEELER

SPENCER P. HUGRET (SBN 240424)
shugret@grsm.com
KATHERINE P. VILCHEZ (SBN: 212179)
kvilchez@grsm.com
TRINA M. CLAYTON (SBN: 204215)
tclayton@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:   (415) 986-5900
Facsimile:   (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MOLLER and LUOFEI LIANG,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 3:22-CV-05489<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT (FEDERAL RULE OF CIVIL PROCEDURE 26(f) REPORT)**<br><br>Complaint Filed:  September 27, 2022<br>Trial Date:         None set<br><br>CMC: February 13, 2023, 2PM |

Plaintiffs JUSTIN MOLLER and LUOFEI LIANG ("Plaintiffs") and Defendant Ford Motor Company ("Ford") (together, the "Parties"), hereby stipulate and agree to the following:

WHEREAS, the Parties originally declined magistrate jurisdiction;

WHEREAS, the Parties agreed to reconsider magistrate jurisdiction following the initial case management conference held on February 6, 2023;

WHEREAS, the Parties have since met and conferred and hereby agree and stipulate to consent to magistrate judge jurisdiction;

WHEREAS, the Parties have agreed to proceed before Magistrate Judge Kandis A. Westmore,

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their undersigned counsel, as follows:

1. The Parties, by and through their respective counsel of record, hereby stipulate to consent to proceed before a magistrate judge; and
2. The Parties agree to proceed before Magistrate Judge Kandis A. Westmore.

Dated: FEBRUARY 13, 2023     **STRATEGIC LEGAL PRACTICES, APC**

*/s/ Ariel Harman-Holmes*
Ariel Harman-Holmes, Esq.
Attorneys for Plaintiffs
Justin Moller and Luofei Liang

Dated: February 13, 2023     **GORDON REES SCULLY MANSUKHANI, LLP**

*/s/     Trina M. Clayton*
Spencer P. Hugret, Esq.
Katherine P. Vilchez
Trina M. Clayton
Attorneys for Defendant
FORD MOTOR COMPANY

STIPULATION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION