UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MOLLER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. 22-cv-05489-KAW<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

**TO ALL PARTIES AND COUNSEL OF RECORD**:

The above matter having been reassigned to the Honorable Kandis A. Westmore for trial and further proceedings, IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 16 and Civil L. R. 16-10, that a Case Management Conference shall be held in this case on March 21, 2023, at 1:30 P.M., this proceeding will be held via a Zoom webinar.

The parties shall appear in person or through **lead** trial counsel and shall be prepared to discuss all items referred to in Civil L.R.16-10.  Pursuant to Civil L.R.16-3 and 16-9, the parties shall meet and confer and file a joint case management statement and proposed order no later than March 14, 2023.   If any party is proceeding without counsel, separate statements may be filed by each party.

All documents filed with the Clerk of the Court shall list the civil case number followed by the initials "**KAW**."  One copy shall be clearly marked as chambers copy.  The parties are reminded to review all the undersigned's standing orders, available at http://cand.uscourts.gov/kaworders.

    **IT IS SO ORDERED.**

Dated: February 14, 2023

                                                      _____
                                                    KANDIS A. WESTMORE
                                                    United States Magistrate Judge