AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| JUSTIN MOLLER AND LUOFEI LIANG | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  4:22-CV-05489-KAW |
| FORD MOTOR COMPANY | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JUSTIN MOLLER AND LUOFEI LIANG         .

Date:     03/17/2023

/s/ Caitlin J. Scott
*Attorney's signature*

Caitlin J. Scott (SBN 310619)
*Printed name and bar number*

STRATEGIC LEGAL PRACTICES, APC
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
*Address*

cscott@slpattorney.com
*E-mail address*

(310) 929-4900
*Telephone number*

(310) 943-3838
*FAX number*

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Los Angeles, California; my business address is Strategic Legal Practices, A Professional Corporation at 1888 Century Park East, 19th Floor, Los Angeles, California 90067.

On the date below, I served a copy of the foregoing document entitled:

## APPEARANCE OF COUNSEL

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Los Angeles, California on March 17, 2023.

_____
Miguel Chavez