1  Tionna Carvalho (SBN 292010)
   tcarvalho@slpattorney.com
2  **STRATEGIC LEGAL PRACTICES, APC.**
   1888 Century Park East, Floor 19
3  Los Angeles, CA 90067
   Telephone: (310) 929-4900
4  Facsimile: (310) 943-3838

5  Attorney for Plaintiffs,
   JUSTIN MOLLER and LUOFEI LIANG
6

   KATHERINE VILCHEZ (SBN: 212179)
7  kvilchez@grsm.com
   **GORDON REES SCULLY MANSUKHANI, LLP**
8  315 Pacific Avenue
   San Francisco, CA 94111
9  Telephone: (415) 875-3193
   Facsimile: (415) 986-8054
10

11 Attorneys for Defendant,
   FORD MOTOR COMPANY

12                 **UNITED STATES DISTRICT COURT**

13                **NORTHERN DISTRICT OF CALIFORNIA**

14 | JUSTIN MOLLER and LUOFEI LIANG, | Case No. 4:22-cv-05489-KAW |
15 | | |
   | Plaintiffs, | **JOINT STIPULATION REGARDING PLAINTIFFS' FEES, COSTS AND EXPENSES AND REQUEST FOR ENTRY OF ORDER** |
16 | v. | |
17 | | |
18 | FORD MOTOR COMPANY; and DOES 1 through 10, inclusive | |
19 | Defendants. | |
20

21

22 **TO THE HONORABLE COURT AND ALL PARTIES AND THEIR**

23 **ATTORNEYS OF RECORD:**

24     This Stipulation is entered into by and between Plaintiffs JUSTIN MOLLER

25 and LUOFEI LIANG ("Plaintiffs") and Defendant, FORD MOTOR COMPANY

26 ("Defendant"), through their respective counsel of record.

27

28
                                    1
_____
**THE PARTIES' STIPULATION TO RESOLVE FEES, COSTS AND EXPENSES &
REQUEST FOR ENTRY OF ORDER**

1     WHEREAS, Plaintiffs JUSTIN MOLLER and LUOFEI LIANG accepted Defendant FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 March 11, 2024.

    WHEREAS, the counsel for the parties have met and conferred and have reached an agreement, in lieu of Plaintiffs' counsel filing their Motion for Attorneys' Fees, Costs, and Expenses, Defendant FORD MOTOR COMPANY, is to pay fees, costs, and expenses in this matter for the sum of $59,000.00. Such funding shall be satisfied by September 23, 2024. After satisfaction of payment, Plaintiffs will dismiss this case with prejudice within 10 business days against all parties.

    Parties hereby apply for the entry of Order in the amount of $59,000.00 for Plaintiffs' Attorneys' Fees, Costs, and Expenses as outlined in this Stipulation.

**IT IS SO STIPULATED.**

Dated: July 23, 2024          **STRATEGIC LEGAL PRACTICES, APC**

                                        */s/ Tionna Carvalho*
                                        Tionna Carvalho
                                        Attorney for Plaintiff
                                        JUSTIN MOLLER and LUOFEI LIANG

Dated: July 23, 2024          **GORDON REES SCULLY MANSUKHANI, LLP**

                                        */s/ Katherine Vilchez*
                                        Katherine Vilchez
                                        Attorney for Defendant
                                        FORD MOTOR COMPANY

All signatories listed, and on whose behalf this filing is submitted, attest to their electronic signatures and concur and authorize consent to the filing of this instant stipulation regarding Plaintiffs' attorneys' fees, costs, and expenses.