# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MOLLER and LUOFEI LIANG,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 4:22-cv-05489-KAW<br><br>District Judge: Kandis A. Westmore<br><br>**[PROPOSED] ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs JUSTIN MOLLER and LUOFEI LIANG ("Plaintiffs") and Defendant FORD MOTOR COMPANY ("Defendant") have agreed FORD MOTOR COMPANY will pay $59,000.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiffs $59,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiffs by September 23, 2024. After satisfaction of payment, Plaintiffs will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Date: _____        _____
                                                                                           Hon. Kandis A. Westmore
                                                                                           United States District Court Judge